## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:25−cv−03969

PacSec3, LLC v. Fastly, Inc.  
Assigned to: Judge George C Hanks, Jr  
Cause: 35:271 Patent Infringement

Date Filed: 08/21/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**PacSec3, LLC**  represented by  **William P Ramey , III**  
Ramey LLP  
446 Heights Blvd.  
Suite 200  
Houston, TX 77007  
713−426−3923  
Fax: 832−900−4941  
Email: wramey@rameyfirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fastly, Inc.**  represented by  **William M Logan**  
Winston & Strawn/Chicago  
800 Capitol St., Suite 2400  
Houston, TX 77002−2925  
713−651−2766  
Email: wlogan@winston.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2025 | Ï 1 | COMPLAINT against Fastly, Inc. (Filing fee $ 405 receipt number ATXSDC−33984686) filed by PacSec3, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (Ramey, William) (Entered: 08/21/2025) |
| 08/21/2025 | Ï 2 | NOTICE *Notice of Report on the Filing of an Action Regarding a Patent (AO−120)* by PacSec3, LLC, filed. (Ramey, William) (Entered: 08/21/2025) |
| 08/21/2025 | Ï 3 | Request for Issuance of Summons as to Fastly, Inc., filed. (Ramey, William) (Entered: 08/21/2025) |
| 08/21/2025 | Ï 4 | CERTIFICATE OF INTERESTED PARTIES by PacSec3, LLC, filed. (Ramey, William) (Entered: 08/21/2025) |
| 08/22/2025 | Ï | Referral Judge Selected: Magistrate Judge Dena Hanovice Palermo randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (gc4) (Entered: 08/22/2025) |

| | | |
|---|---|---|
| 08/22/2025 | 5 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (gc4) (Entered: 08/22/2025) |
| 08/22/2025 | 6 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/13/2025 at 10:30 AM by video before Magistrate Judge Dena Hanovice Palermo. (Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (gc4) (Entered: 08/22/2025) |
| 08/22/2025 | 7 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint) (gc4) (Entered: 08/22/2025) |
| 08/25/2025 | 8 | Summons Issued as to Fastly, Inc. Issued summons delivered to plaintiff by NEF, filed. (bli4) (Entered: 08/25/2025) |
| 09/12/2025 | 9 | STIPULATION re: Joint Stipulation to Transfer Case to the Southern District of New York by PacSec3, LLC, filed. (Ramey, William) (Entered: 09/12/2025) |
| 09/12/2025 | 10 | RETURN of Service of SUMMONS Executed as to Fastly, Inc. served on 9/12/2025, answer due 10/3/2025, filed. (Ramey, William) (Entered: 09/12/2025) |
| 09/16/2025 | 11 | STIPULATION re: Defendant's Deadline to Answer or Respond to Complaint by Fastly, Inc., filed. (Logan, William) (Entered: 09/16/2025) |
| 09/17/2025 | 12 | ORDER Regarding 11 Stipulation Deadline to Answer or Respond to Complaint; Answer due for Fastly, Inc. 11/17/2025 (Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 09/17/2025) |
| 10/17/2025 | 13 | ORDER TO TRANSFER CASE to Southern District of New York. (Transfer of this case is stayed for 21 days pursuant to General Order 2024–02.) Out of Circuit Transfer Deadline set for 11/7/2025. (Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 10/17/2025) |
| 11/07/2025 |  | Initial conference cancelled. Case transferred to SDNY, filed. (clf4) (Entered: 11/07/2025) |